



January 31, 2024

**VIA ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Sara L. Faulman
slf@mselaborlaw.com

**Application GRANTED.**

The initial pretrial conference scheduled for February 13, 2024 is **ADJOURNED** to **April 16, 2024, at 10:30 a.m. EST**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 950 809 425, followed by the pound (#) sign.

The Clerk of Court is respectfully requested to close ECF No. 14.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: February 1, 2024
New York, New York

Re:   *Pollard, et al. v. City of New York*, Case No. 23-CV-10722

Dear Judge Ho:

I represent the Plaintiffs in this matter and write on behalf of both parties. The parties respectfully request to postpone the initial status conference scheduled for February 13, 2024, at 11:30AM (Docket Entry 6). This is the parties' first request for a postponement of the scheduling conference.

The parties respectfully request the postponement to permit them to engage in mediation, which has been scheduled through the court's mediation program for April 3, 2024, at 10:00 AM. The parties have been in communication with each other regarding initial mediation discovery, have had an initial conference with the mediator, and have begun the process of exchanging the necessary data to calculate damages. Because both parties are hopeful that the scheduled mediation will ultimately prove successful, we respectfully request that the Court postpone the initial scheduling conference and order the parties to submit a written status report to the Court within seven (7) days of the mediation.

Thank you for your consideration.

Respectfully submitted,

*/s/ Sara L. Faulman*
Sara L. Faulman

cc: All Counsel (via ECF)

*Main*: (202) 833-8855 | *Fax*: (202) 452-1090 | *Email*: info@mselaborlaw.com | www.mselaborlaw.com
1101 Vermont Avenue NW, Suite 1000 | Washington, D.C. 20005