

# SPIVAKLIPTON<sub>LLP</sub>
ATTORNEYS AT LAW

Elizabeth Sprotzer
1040 Avenue of the Americas
20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
esprotzer@spivaklipton.com

April 9, 2024

**VIA ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**Application GRANTED.** The conference scheduled for April 16, 2024 is **ADJOURNED** *sine die*. By **May 15, 2024**, parties shall file a joint letter providing a status on settlement and proposed new dates for a status conference, if necessary.

The Clerk of Court is respectfully requested to close ECF No. 17.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 9, 2024
New York, New York

Re: *Pollard, et al. v. City of New York*, Case No. 23-CV-10722

Dear Judge Ho:

    I represent the Plaintiffs in this matter and write on behalf of both parties. The parties respectfully request to postpone the initial pretrial conference scheduled for April 16, 2024, at 10:30am (ECF Dkt. 15). This is the parties' second request for a postponement of the initial conference.

    The parties respectfully request the postponement to permit them to engage in mediation, which was initially scheduled through the court's mediation program for April 3, 2024, and has been re-scheduled for May 8, 2024, at 10:00am. The parties have exchanged the necessary data to calculate damages and Plaintiffs submitted a settlement demand to Defendant. Defendant requested an adjournment of the April 3 mediation to obtain the necessary settlement authority in this matter. Because both parties are hopeful that the scheduled mediation will prove successful, we respectfully request that the Court postpone the initial scheduling conference and order the parties to submit a written status report to the Court on or before May 15, 2024.[1]

Sincerely,

*/s/ Elizabeth Sprotzer*

Elizabeth Sprotzer

---

[1] Defendant's counsel will be away from May 20 to May 28, 2024 and respectfully requests that the initial conference not be scheduled on those dates.